AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

Case: 1:25-mj-00016
Assigned To : Judge G. Michael Harvey
Assign. Date : 01/22/2025
Description: RULE 5 ARREST WARRANT

United States of America
v.
DANIEL CHARLES BALL

)
)  Case No.  5:24-cr-97-TPB-PRL
)
)
)
)

*Defendant*

AUG 6 2024
FILED - USDC - FLMD - OCA

## ARREST WARRANT

COPY

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  **DANIEL CHARLES BALL**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:


Date:  08/06/2024                                                                       *Deputy Clerk*
                                                                                        *Issuing officer's signature*

City and state:     Ocala, Florida                     ELIZABETH WARREN, Clerk, United States District Court
                                                       *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 8/6/2024, and the person was arrested on *(date)* 1/22/2025 at *(city and state)* Washington DC.  |
| Date: 1/22/2025                                                                                                                                                                                                   *Arresting officer's signature*  |
|                                                                          Kayleen Bretz Deputy United States Marshal                                                                                                 *Printed name and title*  |

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.

*(Not for Public Disclosure)*

Name of defendant/offender: **DANIEL CHARLES BALL**
Known aliases: 
Last known residence: **7333 W SASSER ST, HOMOSASSA, FL 34446**
Prior addresses to which defendant/offender may still have ties: 

Last known employment: 
Last known telephone numbers: 
Place of birth: **FLORIDA**
Date of birth: **07/20/1985**
Social Security number: **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**
Height: **6'00"**  Weight: **160 lbs**
Sex: **MALE**  Race: **WHITE**
Hair: **BROWN**  Eyes: **HAZEL**
Scars, tattoos, other distinguishing marks: 

History of violence, weapons, drug use: **BALL IS A TWO-TIME CONVICTED FELON WITH PRIOR CONVICTIONS FOR DOMESTIC VIOLENCE BATTERY BY STRANGULATION AND RESISTING LAW ENFORCEMENT WITH VIOLENCE.**

Known family, friends, and other associates *(name, relation, address, phone number)*: 

FBI number: **266Z-JK-3455137**
Complete description of auto: 

Investigative agency and address: **TFO BARRY KAYS, FBI - 904-362-0555**

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: 

Date of last contact with pretrial services or probation officer *(if applicable)*: